IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDWARD MCFADDEN,

    Plaintiff,

v.

FAMILY DOLLAR STORES OF
GEORGIA, LLC,

    Defendant.

Civil Action
File No.:

## PETITION FOR REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division:

COMES NOW Family Dollar Stores of Georgia, LLC, by and through its undersigned counsel, and it hereby files this Petition for Removal and respectfully shows this Court the following:

1.    A civil action has been filed and is now pending in the State Court of Gwinnett County, State of Georgia, designated as Civil Action File No. 19-A-11090-6.

2.    Mr. McFadden filed his Summons and Complaint on November 5, 2019. Family Dollar was served on November 19, 2019 and its Answer was filed in State Court on December 6, 2019.

3.    In his Complaint, Mr. McFadden only alleged $20,000.00 in damages.

4.      The Gwinnett County case is now in the discovery period, and Mr. McFadden served his responses to Family Dollar's Interrogatories on January 31, 2020. In his responses to Family Dollar's Interrogatories, Mr. McFadden has alleged $80,000.00 in lost wages. (A copy of Plaintiff's Responses to Defendant's Interrogatories is attached as Exhibit "A").

5.      28 U.S.C. § 1446(c)(3)(A) provides "[i]f the case stated by the initial pleading is not removable solely because the amount in controversy does not exceed the amount specified in section 1332(a), information relating to the amount in controversy in the record of the State proceeding, or in responses to discovery, shall be treated as an 'other paper' under subsection (b)(3)." A plaintiff's responses to a defendant's requests for admission; interrogatory responses; and medical bills produced by Plaintiff during discovery are all treated as "other paper." See Wilson v. General, 888 F.2d 779 (11th Cir. 1989); Akin v. Ashland Chemical Co., 156 F.3d 1030 (10th 1998); Chapman v. Powermatic, Inc., 969 F.2d 160 (5th 1992).

Mr. McFadden alleged damages over $75,000.00 for the first time on January 31, 2020. Accordingly, Family Dollar now timely files its Petition for Removal.

6.      Defendants file herewith a copy of all process, pleading, and orders, including the Summons and Complaint served upon Defendant in this action, pursuant to 28 USC § 1446. (Attached hereto as Exhibit "B").

7.    Defendant Family Dollar is now, was at the commencement of this suit, and at all times since been a foreign limited liability organized and existing under the laws of the State of Virginia with its principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia, 23320. Defendant Family Dollar has one member, which is Family Dollar Stores, Inc., an entity organized under the laws of Delaware and having its principal place of business in North Carolina.

8.    Plaintiff is a citizen of Georgia. Therefore, the action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by Defendants pursuant to the provisions of 28 U. S. C. §§ 1332, 1367, and 1441 et seq., in that there is complete diversity among the parties and the Defendants are not a resident of the State of Georgia, the Parties are not residents of the same state, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

9.    In Plaintiff's Complaint, he claims he went to Family Dollar when he was falsely imprisoned by its manager. Plaintiff is further alleging that he was falsely arrested and that he was defamed.

As a result of the Incident, he claims he was physically and emotionally injured. Specifically, Plaintiff claims he has lost $80,000.00 in lost wages. In the lawsuit he is seeking general and special damages, lost wages, punitive damages, and attorney's fees. Based on nature of the Plaintiff's claimed injuries and the damages

being sought in this case, Defendants have established the amount in controversy exceeds $75,000.00.

10.    Defendant attaches hereto a copy of the Summons and Complaint in the State Court of Gwinnett County, marked as Exhibit "B."

11.    Defendant attaches hereto a copy of its Notice of Removal in the State Court of Gwinnett County, Georgia, marked as Exhibit "C."

12.    This action is currently pending in the State Court of Gwinnett County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Atlanta Division. 28 U.S.C.A. § 1446(a).

WHEREFORE, the Defendant prays the above action now pending before the State Court of Gwinnett County, Georgia be removed to this Court's jurisdiction.

This 10th day of February, 2020.

> Goodman McGuffey LLP
> Attorneys for Family Dollar Stores of Georgia, LLC
>
> By:    /s/*James T. Hankins, III*
> JAMES T. HANKINS, III
> GA State Bar No.  188771
> jhankins@GM-LLP.com
> SAMANTHA M. MULLIS
> GA State Bar No.  365592
> smullis@gm-llp.com
> 3340 Peachtree Road NE, Suite 2100
> Atlanta, GA 30326-1084
> (404) 264-1500 Phone
> (404) 264-1737 Fax

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

EDWARD MCFADDEN,

    Plaintiff,

v.

FAMILY DOLLAR STORES OF
GEORGIA, LLC,

    Defendant.

Civil Action
File No.:    19A110906

## CERTIFICATE OF SERVICE

    This is to certify that I electronically filed this Petition for Removal with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Mitchell L. Albert III, Esq.
Albert III & Associates LLC
3330 Cumberland Blvd. Suite 500
Atlanta, GA 303389
mitchell.albert@aiiiaa.com

    I also hereby certify that I have mailed by United States Postal Service to the attorneys listed above the document that is named in this Certificate of Service.

    This 10th day of February, 2020.

/s/*Samantha M. Mullis*
SAMANTHA M. MULLIS
GA State Bar No.  365592
smullis@gm-llp.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax